**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David Fitzgerald LIGHTNER,
Defendant–Appellant.**

**No. 01–8050.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 14, 2002.

Decided March 25, 2002.

David Fitzgerald Lightner, Appellant
Pro Se. Gretchen C.F. Shappert, Assistant
United States Attorney, Charlotte, North
Carolina, for Appellee.

Before NIEMEYER and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

David Fitzgerald Lightner seeks to ap-
peal the district court's order denying his
motion filed under 28 U.S.C.A. § 2255
(West Supp.2001). We have reviewed the
record and the district court's opinion and
find no reversible error. Accordingly, we
deny a certificate of appealability and dis-
miss the appeal on the reasoning of the
district court. *See United States v. Light-
ner,* Nos. CR–93–133–P; CA–01–580–3–2–
MU (W.D.N.C. filed Nov. 9, 2001, entered
Nov. 13, 2001). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*